| PROB 22<br>(Rev12/06)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>3:08MJ00015-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Barry T. Portee | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION |
|---|---|---|

**08CR    447**

| | NAME OF SENTENCING JUDGE<br><br>The Honorable M. Hannah Lauck | | |
|---|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>03/14/2008 | TO<br>03/13/2009 |

| OFFENSE<br><br>DUI | **JUDGE CASTILLO** | **MAGISTRATE JUDGE COX** |
|---|---|---|

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/15/08_
Date

_M. Hannah Lauck_
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008
*Effective Date*

_James F. Holderman_
*United States Magistrate Judge*

FILED
6-3-08
JUN 0 3 2008 T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT