# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK**

June 16, 2008

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |

The Honorable Michael W. Dobbins, Clerk
U. S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

FILED
6-20-08
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: United States v. Barry T. Portee
    Case No. 08MJ00015-001

Dear Mr. Dobbins:

To effectuate the transfer of this case, please find certified copies of the following documents enclosed:

Docket entries
Transfer of Jurisdiction
case payment history

The other documents may be obtained by going to our website, www.vaed.uscourts.gov and clicking on ECF and logging into pacer.

Please acknowledge receipt of these documents by returning a copy of this letter in the enclosed, addressed envelope. If we can assist you further, please let us know.

Very truly yours,

FERNANDO GALINDO, CLERK

By: [signature]

Deputy Clerk

cc: U. S. Attorney
    U.S. Probation
    U. S. Pretrial Services

---

*Divisional Offices:*   •   *Alexandria*   •   *Newport News*   •   *Norfolk*   •   *Richmond*   •



MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**June 3, 2008**

312-435-5698

Eastern District of Virginia
1000 East Main Street
#305
Richmond, Virginia 23219

Dear Clerk:

**Re: Barry T. Portee**

Our Case Number: 08 CR 447

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Barry T. Portee, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                        Sincerely,

                        Michael W. Dobbins
                        Clerk

            by:    Laura Springer
                      Deputy Clerk

Enclosure

| PROB 22 (Rev12/06) | | | DOCKET NUMBER *(Tran. Court)* 3:08MJ00015-001 |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | F I L E D<br>JUN 16 2008<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT RICHMOND, VA | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Barry T. Portee | | EASTERN DISTRICT OF VIRGINIA | DIVISION |
| 08CR 447 | | NAME OF SENTENCING JUDGE<br>The Honorable M. Hannah Lauck | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/14/2008 — TO 03/13/2009 |
| OFFENSE<br>DUI | JUDGE CASTILLO | MAGISTRATE JUDGE COX | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/15/08
Date — *M. Hannah Lauck*, United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008
Effective Date — *James F. Holderman*, United States Magistrate Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By Laura Sprenger
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JUN - 3 2008

**RECEIVED**
JUN 0 3 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
DEPUTY CLERK

# U.S. District Court
## Eastern District of Virginia (Richmond)
### CRIMINAL DOCKET FOR CASE #: 3:08-mj-00015-MHL-1
### Internal Use Only

Case title: USA v. Portee

Date Filed: 01/03/2008
Date Terminated: 03/03/2008

Assigned to: Magistrate Judge M. Hannah Lauck

### Defendant (1)

**Barry T. Portee**
*TERMINATED: 03/03/2008*

represented by **Terry Richard Driskill**
Chucker & Reibach
1 1/2 North Robinson St
Richmond, VA 23220
(804) 355-8037
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18 U.S.C. 13 ASSIMILATING 1950 CODE OF VIRGINIA, AS AMENDED, 18.2-266 and 18.2-27 - DUI (BAC .23)
(1)

### Disposition

Imprisonment - 10 days, Supervised release - 12 Months, Fine - $225.00, Special Assessment - $25.00

### Highest Offense Level (Opening)

Misdemeanor

### Terminated Counts

None

### Disposition

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Sara Elizabeth Chase**<br>Office of the U.S. Attorney<br>600 E Main St<br>Suite 1800<br>Richmond, VA 23219<br>804-819-5502<br>Email: sally.chase@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2008 | 1 | CRIMINAL INFORMATION as to Barry T. Portee (1) count(s) 1. (lcha, ) (Additional attachment(s) added on 3/4/2008: # 1 amended ci) (lcha, ). (Entered: 01/04/2008) |
| 01/07/2008 | 2 | Minute Entry for proceedings held before Judge M. Hannah Lauck :Initial Appearance as to Barry T. Portee held on 1/7/2008 Matter came on for arraignment/trial. Deft's motion for continuance, GRANTED. Arraignment/trial set for March 3, 2008 at 9:30 AM. Deft. released on PR bond. (Tape #FTR.) (lcha, ) (Entered: 01/07/2008) |
| 01/07/2008 | | Attorney update in case as to Barry T. Portee. Attorney Terry Richard Driskill for Barry T. Portee added. (lcha, ) (Entered: 01/07/2008) |
| 01/07/2008 | 3 | ORDER Setting Conditions of Release as to Barry T. Portee (1); releasing deft. on PR bond. Signed by Judge M. Hannah Lauck on 1/7/08. (lcha, ) (Entered: 01/07/2008) |
| 03/03/2008 | 4 | Minute Entry for proceedings held before Judge M. Hannah Lauck:Plea and Sentence Hearing held on 3/3/2008 Matter came on for rearraignment/guilty plea. Govt's motion to remove not more than 0.20 percent, Granted. Deft. entered plea and sentenced on Ct. 1. Deft. advised of right of appeal. (Tape #FTR.) (lcha, ) (Entered: 03/04/2008) |
| 03/03/2008 | 5 | CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE by Barry T. Portee (Statement of Rights and Waiver) (lcha, ) (Entered: 03/04/2008) |
| 03/03/2008 | | Attorney update in case as to Barry T. Portee. Attorney Terry Richard Driskill for Barry T. Portee added. (lcha, ) (Entered: 03/04/2008) |
| 03/03/2008 | 6 | JUDGMENT as to Barry T. Portee (1), Count(s) 1, Imprisonment - 10 days, Supervised release - 12 Months, Fine - $225.00, Special Assessment - $25.00. Signed by Judge M. Hannah Lauck on 3/3/08. (lcha, ) (Entered: 03/04/2008) |
| 06/16/2008 | 7 | Probation Jurisdiction Transferred to Northern District of Illinois as to Barry T. Portee Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lcha, ) (Entered: 06/16/2008) |